1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

RICK DESHON,                                    No.  2:14-cv-509-EFB P

12                    Petitioner,

13        v.                                     ORDER

14  PEOPLE OF THE STATE OF
    CALIFORNIA,
15
                     Respondent.
16

17          Mr. Deshon is a county inmate without counsel.  He has submitted a document to the

18  court which the Clerk of the Court construed as a petition for writ of habeas corpus under 28

19  U.S.C. § 2254.  Review of the document reveals that is it is a petition for collateral relief intended

20  for a California state court.  If Mr. Deshon intended to commence an action for federal habeas

21  relief in this court, he must file a habeas petition using the proper form.   He must also file an in

22  forma pauperis affidavit or pay the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a);

23  1915(a).

24          In accordance with the above, IT IS HEREBY ORDERED that:

25      1.  Mr. Deshon shall submit, within thirty days from the date of this order, an affidavit in

26              support of his request to proceed in forma pauperis or the appropriate filing fee;

27      2.  Mr. Deshon shall submit, within thirty days from the date of this order, an application

28              for writ of habeas corpus under 28 U.S.C. § 2254;

1

3.  The Clerk of the Court is directed to send Mr. Deshon a copy of the in forma pauperis form used by this district, and the court's form for application for writ of habeas corpus; and

4.  If Mr. Deshon fails to comply with this order, the case will be closed.

DATED:  March 5, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2