1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICK DESHON,                              No.  2:14-cv-509-JAM-EFB P

12                    Petitioner,

13           v.                                 ORDER

14    PEOPLE OF THE STATE OF
      CALIFORNIA,
15
                      Respondent.
16

17
              Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to
18
      28 U.S.C. § 2254.  He has requested that the court appoint counsel.  There currently exists no
19
      absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d
20
      453, 460 (9th Cir. 1996).  The court may appoint counsel at any stage of the proceedings "if the
21
      interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing
22
      § 2254 Cases.  The court does not find that the interests of justice would be served by the
23
      appointment of counsel at this stage of the proceedings.
24
              Accordingly, it hereby is ORDERED that petitioner's request for appointment of counsel
25
      (ECF No. 17) is denied without prejudice.
26
      Dated:  July 31, 2014.
27

28
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE